4/,391-04
RECEIVED IN
COURT OF CRIMINAL APPEALS
JAN 26 2015
Abel Acosta, Clerk

NO. WR-61,391-08

IN THE

COURT OF CRIMINAL

APPEALS

OF TEXAS

GUADALUPE PADILLA
Applicant

V.

THE STATE OF TEXAS

Applicant in Writ of Habeas Corpus under Article
11.07 and 11.073, V.A.C.C.P., from the 167th
District Court No. 952802 Travis County, Texas.

## REQUEST FOR EVIDENTIARY HEARING

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Applicant, an indigent pro se litigant, submitted his application for wrir of habeas corpus under the provisions of Articles 11.07 and 11.073 V.A.C.C.P.. Prior to filing of of writ, Applicant pursued and obtained DNA testing evidence under Chapter 64, V.A.C.C.P.. Applicant contends these DNA test results are favorable and create a probability of innocence sufficient to undermine confidence in the outcome of the trial..

Applicant's habeas corpus writ and memorandum of law, with attachments, was filed Nov. 19, 2015, and assigned Cause No. 952802-E. The State does not appear to have filed an "ANSWER", and the trial court does not appear to have made any "FINDINGS OF FACT". The writ application and record was forwarded to the Court of Criminal Appeals and filed on Jan. 6, 2015; No. WR-61,391-08.

Applicant contends that this Court must accept as true the facts that Applicant has alleged, in light of the State's failure to answer factual allegations. Should this Court proceed without ordering an evidentiary hearing, Applicant contends the State cannot argue at a later date that Applicant's alleged facts

1.

are not credible.

Applicant requests an evidentiray hearing to show he has fullfilled his obligation under Article 11.07, to provide a sufficient record that supports his factual allegations with proof by a preponderance of the evidence. Ex Parte Chandler, 182 S.W.3d 350, 353 (Tex.Crim.App.2005)-(citing Ex Parte Thomas, 906 S.W.2d 22, 24 (Tex.Crim.App.1995).

Applicant would argue that in light of his contentions, above, that remind for an evidentiary hearing is required to determine whether the State court's habeas factual findings, and/or Applicant's sworn factual allegations with supporting record, warrant a presumption of correctness.

Respectfully Submitted,

Guadalupe Padilla #1088118
Terrell Unit
1300 FM 655
Rosharon, TX   77583

## Certificate of Service

I, Guadalupe Padilla, hereby certify that a true and coreect copy of the foregoing instrument has been forwarde to the Travis County District Attorney's Office, via U.S. Mail, at P.O. Box 1748, Austin, TX, 78767, on this the 22nd day of Jan., 2015.

## Unsworn Declaration

I, Guadalupe Padilla, TDCJ ID No. 1088110, being presently incarcerated in the Terrell Unit, TDCJ-ID, in Brazoria County, TX, do certify and declare under penalty of perjury that the information contained herein is true and correct to the best of my beliefs.

So Sworn on this the 22nd day of Jan., 2015.

2.

Jan. 22, 2015

Guadalupe Padilla, #1088118
Terrell Unit
1300 FM 655
Rosharon, TX   77583

COURT OF CRIMINAL APPEALS
P. O. Box 12308, Capitol Station
Austin, TX   78711

Re;   Writ of Habeas Corpus, Case No.: WR-61,391-08

    Trial Court No.: 952802-E

Dear Clerk:

    Enclosed please find Applicant's "Request For Evidentiary Hearing". Please filed request with the above numbered case, and bring to the attention of the Court. Thank You.

                    Respectfully submitted,